**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

**JOUREY NEWELL**, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

**RISEUP FINANCIAL GROUP, LLC,**

Defendant.

Case No. 2:25-cv-01402-JFM

District Judge John F. Murphy

**[PROPOSED] ORDER**

AND NOW, this ____ day of ____________________ 2025, upon consideration of Defendant RiseUp Financial Group LLC's ("Defendant") Motion to Dismiss (the "Motion"):

1. Defendant's Motion is GRANTED. Plaintiff's Complaint, ECF No. 1., is DISMISSED for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

2. Plaintiff will not be granted leave to amend.

BY THE COURT:

______________________________
JOHN F. MURPHY, U.S.D.J.