**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

**JOUREY NEWELL**, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

**RISEUP FINANCIAL GROUP, LLC,**

Defendant.

Case No. 2:25-cv-01402-JFM

District Judge John F. Murphy

## DISCLOSURE STATEMENT FORM

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant RiseUp Financial Group LLC, (hereinafter "RiseUp"), hereby certifies that this party is a non-governmental corporate party. RiseUp is a limited liability company and there is no parent corporation who owns 10% or more of its stock.

Submitted this 20th day of May, 2025.

TROUTMAN AMIN, LLP

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera (FBN 1034545)
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida 33431
400 Spectrum Center Dr., Ste. 1550
Irvine, California 92618
Telephone: 561-834-0883
jenniffer@troutmanamin.com
*Counsel for Defendant, LLC*

**CERTIFICATION**

I hereby certify that on May 20, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera