IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOUREY NEWELL,** *individually and on behalf of a class of all persons and entities similarly situated* | : : : : : | **CIVIL ACTION** |
| v. | : : | NO. 25-1402 |
| **RISEUP FINANCIAL GROUP, LLC** | : | |

# ORDER

AND NOW, this 2nd day of June 2025, upon considering defendant's motion to dismiss (DI 11), motion to strike (DI 12), motion to stay discovery (DI 13), motion to bifurcate discovery (DI 14), and plaintiff's amended complaint (DI 17), it is **ORDERED**:

1. Defendant's motions (DI 11, 12, 13) are **DENIED** without prejudice as moot in light of the amended complaint (DI 17).

2. Plaintiff shall file a redline version of the amended complaint, as required by our policies and procedures, no later than **June 3, 2025**.

3. Defendant's motion to bifurcate discovery (DI 14) is **DENIED** as premature; the parties shall discuss appropriate discovery as part of the Rule 26(f) and Rule 16 process and present unresolved disputes to the court in the Rule 26(f) report when one is ordered.

MURPHY, J.