IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>RISEUP FINANCIAL GROUP, LLC<br><br>Defendant. | Case No. 25-cv-1402 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Jourey Newell ("Plaintiff"), respectfully moves for an extension of time up to and including July 21, 2025, in which to respond to Riseup Financial Group, LLC's ("Defendant") responsive pleadings. The further time is required to address the factual underpinnings and legal issues raised in the motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting this Unopposed Motion for Extension of Time and extending its time to file its response to Defendant's motion to July 21, 2025.

Dated: June 30, 2025

*/s/ Anthony I. Paronich*,
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043.
[o] (617) 485-0018
[f] (508) 318-8100

- 2 -

anthony@paronichlaw.com

*Counsel for Plaintiff*