# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOUREY NEWELL,** *individually and on behalf of a class of all persons and entities similarly situated* | : : : : | **CIVIL ACTION** |
| v. | : : | NO.  25-1402 |
| **RISEUP FINANCIAL GROUP, LLC** | : | |

# ORDER

**AND NOW**, this 30th day of June 2025, upon considering plaintiff's unopposed motion for an extension of time (DI 23) to respond to the pending motions (DI 20, 21, 22), it is **ORDERED** plaintiff's unopposed motion (DI 23) is **GRANTED** and plaintiff may file his response to the pending motions (DI 20, 21, 22) no later than **July 21, 2025**.

_____
**MURPHY, J.**