## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**RISEUP FINANCIAL GROUP, LLC,**<br><br>　　　　Defendant. | Case No. 2:25-cv-01402-JFM<br><br>District Judge John F. Murphy |

### JOINT STIPULATION FOR EXTENSION OF TIME

Pursuant to this Court's Policies and Procedures – General Guidance and Civil Matters, Section 3, Defendant RiseUp Financial Group, LLC ("Defendant" or "RiseUp"), and Plaintiff Jourey Newell ("Plaintiff"), by and through their respective counsel, hereby stipulate to extend RiseUp's deadline to Reply to Plaintiff's Opposition, ECF 25, by August 11, 2025.

Dated: July 25, 2025

　　　　　　　　　　　　　　　　　　　　TROUTMAN AMIN, LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Jenniffer Cabrera*
　　　　　　　　　　　　　　　　　　　　Jenniffer Cabrera (FBN 1034545)
　　　　　　　　　　　　　　　　　　　　1825 NW Corporate Blvd, Ste. 100
　　　　　　　　　　　　　　　　　　　　Boca Raton, Florida 33431
　　　　　　　　　　　　　　　　　　　　Telephone: 561-834-0883
　　　　　　　　　　　　　　　　　　　　jenniffer@troutmanamin.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*


　　　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　　　617-485-0018
　　　　　　　　　　　　　　　　　　　　Fax: 508-318-8100
　　　　　　　　　　　　　　　　　　　　Email: anthony@paronichlaw.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATION

I hereby certify that on July 25, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera
