IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>RISEUP FINANCIAL GROUP, LLC<br><br>   Defendant. | Case No. 25-cv-1402 |

## **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiff Jourey Newell, by and through undersigned counsel, certifies that he is an individual and not a corporation, and therefore no parent corporation or publicly held corporation owns 10% or more of any stock in the Plaintiff.

RESPECTFULLY SUBMITTED AND DATED this July 28, 2025.

            By: */s/ Anthony I. Paronich*
            Anthony I. Paronich *Pro Hac Vice*
            Paronich Law, P.C.
            350 Lincoln Street, Suite 2400
            Hingham, MA 02043
            (508) 221-1510
            anthony@paronichlaw.com

            Jeremy C. Jackson (PA Bar No. 321557)
            BOWER LAW ASSOCIATES, PLLC
            403 S. Allen St., Suite 210
            State College, PA 16801
            Tel.: 814-234-2626
            jjackson@bower-law.com