# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>RISEUP FINANCIAL GROUP, LLC<br><br>       Defendant. | Case No. 25-cv-1402 |

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: September 15, 2025        PLAINTIFF,

                                                */s/ Anthony Paronich*
                                                Anthony Paronich
                                                Email:  anthony@paronichlaw.com
                                                PARONICH LAW, P.C.
                                                350 Lincoln Street, Suite 2400
                                                Hingham, MA 02043
                                                Telephone:  (617) 485-0018
                                                Facsimile:  (508) 318-8100