IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOUREY NEWELL,** *individually and on behalf of a class of all persons and entities similarly situated* | : : : : | **CIVIL ACTION** |
| v. | : : | NO.  25-1402 |
| **RISEUP FINANCIAL GROUP, LLC** | : | |

# ORDER

AND NOW, this 16th day of September 2025, in light of the notice of settlement (DI 32), it is **ORDERED**:

1. We reschedule the initial pretrial conference to **December 2, 2025** at **2:00P.M.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. Defendant's motion to dismiss (DI 20) is **DENIED** without prejudice and with leave to either renew the motion or file an answer no later than **November 21, 2025**.

_____
MURPHY, J.