UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**RISEUP FINANCIAL GROUP, LLC,**<br><br>       **Defendant.** | **Case No. 2:25-cv-01402-JFM**<br><br>**District Judge John F. Murphy** |

**UNCONTESTED MOTION FOR EXTENSION OF TIME**

Defendant RiseUp Financial Group, LLC ("Defendant") hereby moves this Court pursuant to Fed. R. Civ. P. 6(b) and Local Rules 7.1. and 7.4, for the entry of an Order extending the time period within which Defendant may answer, move or otherwise respond to the Plaintiff's Complaint and respectfully submits that an extension is warranted based on the procedural posture of this matter. In support thereof, Defendant states the following:

1. Plaintiff filed a Notice of Settlement on September 15, 2025 (DI 32).

2. The following day, on September 16, 2025, the Court issued an Order (DI 33) continuing the initial pretrial conference to December 2, 2025 at 2:00 p.m., and denying Defendant's motion to dismiss (DI 20) without prejudice, granting leave to renew the motion or file an answer by November 21, 2025.

3. Because the parties have fully resolved this matter, Defendant submits that, in the interest of judicial economy and efficiency, no further responsive pleading is required at this time and the scheduled conference is unnecessary.

1

4. The parties require approximately ninety days to fulfill their respective obligations under the executed settlement agreement.

5. Upon completion of those obligations, the parties will submit a Notice of Dismissal.

6. Defense counsel has spoken with Plaintiff's counsel, who consents to the relief requested in this Motion

7. Accordingly, Defendant hereby moves this Court for an extension of the response deadline until January 23, 2026 and for cancellation of the scheduled conference.

WHEREFORE, Defendant respectfully requests that the Court grant its uncontested motion, extend the response deadline until January 23, 2026 and for cancellation of the scheduled conference on December 2, 2025.

Dated: November 21, 2025

Respectfully submitted,

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera (*pro hac vice*)
Troutman Amin LLP
1825 NW Corporate Blvd - Suite 100
Boca Raton, Florida 33431
Tel.: 561-834-0883
jenniffer@troutmanamin.com
*Attorneys for Defendant*
*RiseUp Financial Group, LLC.*

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, | : : : : : |
| Plaintiff, | : : CIVIL ACTION No. 25-cv-01402-JFM : : District Judge John F. Murphy |
| v. | : : |
| RISEUP FINANCIAL GROUP, LLC., | : : : |
| Defendant. | : : |

**CERTIFICATE OF COUNSEL IN ACCORDANCE WITH LOCAL RULE 7.1(B)-(C)**

Pursuant to Local Rule 7.1(b)-(c), I, Jenniffer Cabrera, Esq., of Troutman Amin, LLP, attorney for Defendant RiseUp Financial Group, LLC, hereby certifies that the Uncontested Motion for Extension of Time is uncontested and that Plaintiff consents to the foregoing relief, and therefore no brief is necessary in support thereof.

Dated: November 21, 2025            Respectfully submitted,

/s/ Jenniffer Cabrera
Jenniffer Cabrera (*pro hac vice*)
Troutman Amin LLP
1825 NW Corporate Blvd - Suite 100
Boca Raton, Florida 33431
Tel.: 561-834-0883
jenniffer@troutmanamin.com

*Attorneys for Defendant
RiseUp Financial Group, LLC.*

1

# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RISEUP FINANCIAL GROUP, LLC.,<br><br>Defendant. | CIVIL ACTION No. 25-cv-1402-JFM<br><br>*Document Electronically Filed*<br><br>**CERTIFICATE OF SERVICE** |

I, Jenniffer Cabrera, Esq., attorney for Defendant RiseUp Financial Group LLC, hereby certifies that on this date, I caused a true and correct copy of the Uncontested Motion to Extend the Time to Answer, Move or Otherwise Respond to the Complaint, foregoing Certificate of Service to be served upon the following counsel for Plaintiff Jourey Newell via ECF and email:

ANTHONY PARONICH
PARONICH LAW, P.C.
350 LINCOLN ST SUITE 2400
HINGHAM, MA 02043
508-221-1510
Email: anthony@paronichlaw.com
*Attorney for Plaintiff and the Proposed Class*

Respectfully submitted,

Dated: November 21, 2025

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera (*pro hac vice*)
Troutman Amin LLP
1825 NW Corporate Blvd - Suite 100
Boca Raton, Florida 33431
Tel.: 561-834-0883
jenniffer@troutmanamin.com
*Attorneys for Defendant*
*RiseUp Financial Group, LLC.*