UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,** | : : : : | <u>**CIVIL ACTION**</u> No. 25-cv-1402-JFM |
| **Plaintiff,** | : : | |
| v. | : : | |
| **RISEUP FINANCIAL GROUP, LLC.,** | : : : | |
| **Defendant.** | : : | |

# ORDER

**AND NOW**, this <u>  21st  </u> day of November, 2025, upon consideration of the Uncontested Motion to Extend the Time Within Which to Answer, Move or Otherwise Respond to the Complaint ("Motion"), filed by Defendant RiseUp Financial Group, LLC,

**IT IS HEREBY ORDERED** that the Motion is GRANTED. The time within which Defendants must answer, move or otherwise respond to the Complaint is hereby extended until January 23, 2026. The pretrial conference scheduled for December 2, 2025 is canceled.

BY THE COURT:

_____
Honorable John F. Murphy, U.S.D.J.

1