## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**RISEUP FINANCIAL GROUP, LLC,**<br><br>Defendant. | Case No. 2:25-cv-01402-JFM<br><br>District Judge John F. Murphy |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### FOR DEFENDANT RISEUP FINANCIAL GROUP, LLC

Please take notice that Kayla Kershen, Esq., hereby withdraws her appearance as counsel for Defendant, RiseUp Financial Group, LLC in the above-captioned matter and consents to this withdrawal as she is no longer employed at Troutman Amin, LLP.

Pursuant to E.D. Pa. L.R. 5.1(b), Defendant, RiseUp Financial Group, LLC will continue to be represented by Jenniffer Cabrera, Esq., of Troutman Amin, LLP and Corey M. Scher of Fox Rothschild LLP who remain counsel of record in this action. This withdrawal will not delay the proceedings or prejudice any party.

Dated: November 29, 2025

Respectfully submitted,

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera (*pro hac vice*)
Troutman Amin LLP
1825 NW Corporate Blvd - Suite 100
Boca Raton, Florida 33431
Tel.: 561-834-0883
jenniffer@troutmanamin.com
*Counsel for Defendant RiseUp Financial Group, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 29, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                    */s/ Jenniffer Cabrera*
                                                                     Jenniffer Cabrera