UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>**RISEUP FINANCIAL GROUP, LLC,**<br><br>         Defendant. | Case No. 2:25-cv-01402-JFM<br><br>District Judge John F. Murphy |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**FOR DEFENDANT RISEUP FINANCIAL GROUP, LLC**

Please take notice that Kayla Kershen, Esq., hereby withdraws her appearance as counsel for Defendant, RiseUp Financial Group, LLC in the above-captioned matter as she is no longer employed by Troutman Amin, LLP.

Pursuant to E.D. Pa. L.R. 5.1(b), Defendant, RiseUp Financial Group, LLC will continue to be represented by Troutman Amin, LLP and Corey M. Scher of Fox Rothschild LLP who remain counsel of record in this action. This withdrawal will not delay the proceedings or prejudice any party.

Dated: January 7, 2025                                            Respectfully submitted,

                                                                 /s/ Kayla N. Kershen
                                                                 Kayla N. Kershen, Esq. (*pro hac vice*)
                                                                 Shamis & Gentile, P.A.
                                                                 14 NE 1st Ave. Suite 705
                                                                 Miami, FL 33131
                                                                 Tel.: 305-479-2299
                                                                 kkershen@shamisgentile.com
                                                                 *Counsel for Defendant RiseUp Financial Group, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 7, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                    */s/ Kayla N. Kershen*
                                                    Kayla N. Kershen