IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated* | : : : : | CIVIL ACTION |
| v. | : : | NO.  25-1402 |
| RISEUP FINANCIAL GROUP, LLC | : | |

## ORDER

**AND NOW**, this 2nd day of February 2026, it is **ORDERED** the parties shall file a status report no later than **February 6, 2026**.

_____
**MURPHY, J.**