IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>RISEUP FINANCIAL GROUP, LLC<br><br>    Defendant. | Case No. 25-cv-1402 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Respectfully Submitted,

By:  *s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

181775549.1

                      */s/ Corey Scher*
Corey M. Scher
Fox Rothschild LLP
2001 Market Street, Suite 1700
Philadelphia, Pennsylvania 19103
Telephone: 215-444-7269
cscher@foxrothschild.com
*Counsel for Defendant*
*RiseUp Financial Group, LLC*

2

181775549.1