IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOUREY NEWELL,** *individually and on behalf of a class of all persons and entities similarly situated* | : : : : | **CIVIL ACTION** |
| **v.** | : : : | **NO. 25-1402** |
| **RISEUP FINANCIAL GROUP, LLC** | : | |

# ORDER

**AND NOW**, this 3rd day of February 2026, upon considering plaintiff's stipulation of dismissal (DI 39), it is **ORDERED**:

1. This action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41; and,

2. The Clerk of Court shall **close** this case.

*/s/ John F. Murphy*
**MURPHY, J.**